IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VLADIMERE BOHEMOND, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-CV-1973-K-BW |
| | § | |
| CITY OF DALLAS, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (*See* Dkt. No. 32.) No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed February 3rd, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE